UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN ROLAN, | § | |
| #201901143, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:20-cv-2842-B-BN |
| | § | |
| LASALLE SOUTHWEST | § | |
| CORRECTIONS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (the "FCR"). Plaintiff may therefore file within **21 days** after entry of this order an amended complaint that cures, if and where possible, the deficiencies outlined in the FCR. If Plaintiff fails to file a timely amended complaint in compliance with this order, the Court will enter a final judgment, dismissing all claims with prejudice without further notice to him.

SO ORDERED.

DATE: OCTOBER 9, 2020.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE